# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEVON YOUNG,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**CITY OF CHESTER, PA, DETECTIVE MARC BARAG AND OFFICER WILLIAM CAREY,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>NO. 17-3066 |

# O R D E R

**AND NOW**, this 29th day of March, 2018, upon consideration of Defendants' Motion to Dismiss (ECF No. 33 & 34) and Plaintiff's Response in Opposition thereto (ECF No. 35), **IT IS ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Wendy Beetlestone
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**